May 11, 2023

Christopher M. Terlingo, Esq.
Archer and Grenier, PC
1025 Laurel Oak Road
Voorhees, NJ 08043

RE: McBride, Blissick v. NJ Pen Media Group, et al. 1:23-cv-02044

Dear Attorney Terlingo,

As you are aware, I am the co-Plaintiff proceeding pro se in the above, referenced matter. I am writing again to request a Rule 26 conference to happen sooner rather than later.

You did respond on May 10, 2023, via electronic mail, acknowledging my correspondence and consent to electronic service.  Your email to me indicated that your team is just getting up to speed on the matter. I responded to you that co-Defendant Google, LLC and the Plaintiffs reached a settlement on the claims between the parties. In fact, we did so with only a one hour telephone conference and two exchanges of electronic mail.  I advised you that a joint filing regarding the same will be forthcoming.

I would like you to kindly note that, in the spirit of resolution, I have multiple third parties now agreeing that your client violated the DMCA and as such have removed or are in the process of removing the posts which redirect users to infringed content.  I had hoped your client would have acted sooner.  But, now we have multiple third parties who all concur that your client violated our rights under the DMCA.

Once these third parties remove the content they deem violate the DMCA, the only remaining content will be that your client controls.  He is the only one not complying.  Again, this only makes your job, mine, and the Court's more difficult.

Please kindly provide a date certain for us to discuss the matter.

Very truly yours,


Brian McBride
Co-Plaintiff
 15 Seagarden Drive
Linwood, NJ 08221

Cc: Clerk of Court for the Docket
Counsel for co-Defendant Google, LLC