May 12, 2023

Melissa Rhoads, Clerk
United States District Court
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Room 1050
Camden, NJ 08101

RE: Request to withdraw or strike documents
In re: McBride v NJ Pen et al. 1:23-cv-02044

Dear Ms. Rhoads,

Please be advised that I am formally requesting to withdraw and have stricken from the docket ECF Nos. 19 and 20, which are letters I filed on May 9, 2023 and May 11, 2023, respectively, and which inadvertently disclosed the substance of confidential communications between myself and counsel for Google LLC.

Very truly yours,

Brian McBride