# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| BRIAN MCBRIDE et al., | Case No. 1:23-cv-02044-CPO-AMD |
| Plaintiffs, | |
| v. | ELECTRONICALLY FILED |
| NJ PEN et al., | |
| Defendants. | |

## NOTICE OF DEFENDANT,
## NJ PEN MEDIA GROUP, LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)

ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
(856) 795-2121
*Attorneys for Defendant,*
*NJ Pen Media Group, LLC*

By:    John C. Connell, Esq.
       Kerri E. Chewning, Esq.
       Christopher M. Terlingo, Esq.

TO:    Brian F. McBride
15 Seagarden Drive
Linwood, New Jersey 08221
bf.mcbride@comcast.net
*Pro Se Plaintiff*

Deborah Blissick
15 Seagarden Drive
Linwood, New Jersey 08221
bf.mcbride@comcast.net
*Pro Se Plaintiff*

**PLEASE TAKE NOTICE** that at 9:00 a.m. on Tuesday, June 20, 2023, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant, NJ Pen Media Group, LLC ("NJ Pen") shall move before this Court for an Order dismissing Plaintiffs' Complaint with prejudice under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the enclosed Brief in support of the motion.

A proposed form of Order and Certificate of Service is included herewith.

ARCHER & GREINER, P.C.
*Attorneys for Defendant, N.J. Pen Media Group, LLC*

By:   */s/ Christopher M. Terlingo*
    CHRISTOPHER M. TERLINGO

Date: May 23, 2023