# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| BRIAN MCBRIDE et al., <br><br> Plaintiffs, <br><br> v. <br><br> NJ PEN et al., <br><br> Defendants. | Case No. 1:23-cv-02044-CPO-AMD <br><br> ELECTRONICALLY FILED |

_____

**ORDER GRANTING DEFENDANT, NJ PEN MEDIA GROUP, LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)**

_____

ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
(856) 795-2121
*Attorneys for Defendant,*
*NJ Pen Media Group, LLC*

By: John C. Connell, Esq.
     Kerri E. Chewning, Esq.
     Christopher M. Terlingo, Esq.

This matter having come before the Court upon the Motion to Dismiss Plaintiffs' Complaint Under Fed. R. Civ. P. 12(b)(6) filed by Defendant, NJ Pen Media Group, LLC ("NJ Pen"); and the Court having considered the submissions of the parties; and for good cause shown;

IT IS THIS _____ day of _____, 2023;

ORDERED that NJ Pen's Motion to Dismiss Plaintiffs' Complaint Under Fed. R. Civ. P. 12(b)(6) be and hereby is GRANTED and Plaintiffs' Complaint is hereby DISMISSED, with prejudice.

                                                            CHRISTINE P. O'HEARN, U.S.D.J.

Date: