## CERTIFICATION OF SERVICE

I hereby certify that on May 23, 2023, I caused to be filed the foregoing Motion to Dismiss Plaintiffs' Complaint Under Fed. R. Civ. P. 12(b)(6) filed by Defendant NJ Pen Media Group, LLC, together with supporting documents, and served same on all counsel of record via CM/ECF, and served Plaintiffs by electronic and regular mail at the following address:

>Brian McBride
>15 Seagarden Drive
>Linwood, New Jersey 08221
>bf.mcbride@comcast.net


>Deborah Blissick
>15 Seagarden Drive
>Linwood, New Jersey 08221

>*s/ Christopher M. Terlingo*
>CHRISTOPHER M. TERLINGO, ESQ.

Dated: May 23, 2023