## **CERTIFICATION OF SERVICE**

I hereby certify that on June 13, 2023, I caused to be filed the foregoing Reply Brief in Support of Defendant NJ Pen Media Group, LLC's Motion to Dismiss Plaintiffs' Complaint Under Fed. R. Civ. P. 12(b)(6) filed by Defendant NJ Pen Media Group, LLC, and served Plaintiffs by electronic and regular mail at the following address:

>Brian McBride
>15 Seagarden Drive
>Linwood, New Jersey 08221
>bf.mcbride@comcast.net

>Deborah Blissick
>15 Seagarden Drive
>Linwood, New Jersey 08221

>*s/ Christopher M. Terlingo*
>CHRISTOPHER M. TERLINGO, ESQ.

Dated: June 13, 2023