EXHIBIT A

Case 1:23-cv-02044-CPO-AMD   Document 34-1   Filed 06/13/23   Page 1 of 2 PageID: 897

