EXHIBIT E

