June 26, 2023

Haley Minix
Courtroom Deputy
Honorable Christine P. O'Hearn
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

In re: McBride and Blissick v. NJPen Media Group 1:23-cv-02044

Sent via ECF and email to njdnef_ohearn@njd.uscourts.gov

Dear Ms. Minix,

The Plaintiffs pro se have reviewed the orders of Judge O'Hearn in the above, referenced matter. Unless the Court has a compelling need for oral argument or opposing counsel requires oral argument, we are willing, in the interest of judicial economy and Judge' O'Hearn's publicly available judicial preferences, to waive oral argument and consent to a ruling on the papers.

Very truly yours,

Brian McBride

Plaintiff pro se

Judicial Preferences from: https://www.njd.uscourts.gov/content/christine-p-ohearn

Adjournments Requests for Hearings/Conferences:  Communications regarding scheduling and adjournments are handled by the Deputy Clerk, Haley Minix. If an adjournment is being sought, counsel shall first attempt to obtain consent from all parties and provide the Court with new dates upon which all parties are available. Absent exigent circumstances, adjournment requests made less than two days prior will not be granted.

Communications with the Court:  Please do not contact Chambers with legal or procedural questions that are covered by the Local Rules of this Court or the Federal Rules of Civil Procedure. Communications with law clerks are limited to Chambers' procedural matters only and not as to any substantive matters.