UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** Camden  **DATE OF PROCEEDING:** 7/7/23

**JUDGE CHRISTINE P. O'HEARN**
**COURT REPORTER:** Camille Pedano  **DOCKET NO.** 23-cv-2044 (CPO)

**TITLE OF CASE:**

BRIAN MCBRIDE, et al.

v.

NJ PEN

**APPEARANCES:**
Brian McBride, Pro Se Plaintiff
Deborah Blissick, Pro Se Plaintiff
Christopher Terlingo, Esquire for Defendant NJ Pen

**NATURE OF PROCEEDINGS:**   Show Cause Hearing
Hearing on Plaintiffs' Motion for Preliminary Injunction (ECF No. 10)
Hearing on Defendant's Motion to Dismiss (ECF No. 27)

**DISPOSITION:**
Ordered Plaintiffs' Motion for Preliminary Injunction (ECF No. 10) is **DENIED.**
Ordered Defendant's Motion to Dismiss (ECF No. 27) is **GRANTED IN PART and DENIED IN PART.**
Order to be entered.

Time Commenced:   11:05 AM
Time Adjourned:   12:05 PM
**Total Time:**   **1 Hour**

/s/ *Haley Minix*
DEPUTY CLERK