

**Christopher Terlingo**
*Member of New Jersey Bar*
cterlingo@archerlaw.com
856-673-7150 Direct
856-795-0574 Direct Fax

Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

<u>**VIA ECF**</u>
July 28, 2023

Honorable Christine P. O'Hearn, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 5A
Camden, NJ 08101

      Re:    ***Brian McBride, et al. v. NJ Pen***
              **Civil Action No. 1:23-cv-02044-CPO-AMD**
              **Settlement Conference on August 4, 2023**

Dear Judge O'Hearn:

      This office represents Defendant, NJ Pen Media Group, LLC ("NJ Pen") in the above-referenced matter.

      We are in receipt of the Plaintiffs' letter request to conduct virtually the Settlement Conference currently scheduled for August 4, 2023, before Your Honor, rather than in-person (ECF 46). With courtesy and respect to the Plaintiffs, NJ Pen writes to express its view that the Settlement Conference will be more productive if all parties attend in-person, as currently scheduled.

      Should the Court require additional information, please do not hesitate to contact me. Thank you.

      Respectfully,

      ARCHER & GREINER
      A Professional Corporation


      By: <u>*Christopher M. Terlingo*</u>
            Christopher Terlingo

cc: Brian F. McBride (via e-mail)
    Deborah Blissick (via e-mail)