VIA ECF
July 31, 2023
Honorable Christine P. O'Hearn, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 5A
Camden, NJ 08101

Re: Brian McBride, et al. v. NJ Pen Civil Action No. 1:23-cv-02044-CPO-AMD

Your Honor:

The Plaintiffs, appearing *pro se*, are in receipt of Your Honor's text order adjourning the proceedings and ordering the Plaintiffs to present two dates to opposing counsel for the Defendant that an in-person conference could take place.  In compliance with this order, we have proposed August 21, 2023 or August 25, 2023.

Plaintiffs again restate our request to have Defendant produce a copy of its proposed settlement agreement for our review *one week in advance* of a settlement conference.  Plaintiff McBride is making this request as a reasonable accommodation in accordance with the Americans with Disabilities Act, as amended.  Granting this request will allow Plaintiff to study the agreement more carefully in advance of the settlement conference.

Very truly yours,

Brian McBride
Plaintiff