

**Christopher Terlingo**
*Member of New Jersey Bar*
cterlingo@archerlaw.com
856-673-7150 Direct
856-795-0574 Direct Fax

Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
856-795-2121 Main
856-795-0574 Fax
www.archerlaw.com

<u>**VIA ECF**</u>
August 1, 2023

Honorable Christine P. O'Hearn, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 5A
Camden, NJ 08101

      Re:    ***Brian McBride, et al. v. NJ Pen***
              **Civil Action No. 1:23-cv-02044-CPO-AMD**
              **Settlement Conference**

Dear Judge O'Hearn:

      This office represents Defendant, NJ Pen Media Group, LLC ("NJ Pen") in the above-referenced matter.

      Per the Court's Text Order of July 28, 2023, the parties have conferred regarding a new date for the in-person settlement conference before Your Honor. All parties are available to appear in-person before Your Honor on August 22 and August 23, 2023.

      Should the Court require additional information, please do not hesitate to contact me. Thank you.

                                                Respectfully,

                                               ARCHER & GREINER
                                               A Professional Corporation

                                         By: <u>*Christopher M. Terlingo*</u>
                                                  Christopher Terlingo

cc:  Brian F. McBride (via e-mail)
      Deborah Blissick (via e-mail)

Voorhees, NJ | Hackensack, NJ | Princeton, NJ | Philadelphia, PA | Harrisburg, PA | Red Bank, NJ | New York, NY | Wilmington, DE | Houston, TX
777778-00082-227544503 v1